UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CREDIT SUISSE SECURITIES (USA) LLC,

                Petitioner,

-against-

CHRISTOPHER M. LAVER,

                Respondent.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/2018
```

18 Civ. 2920 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Having reviewed the parties' letters dated August 15 and 22, 2018, ECF Nos. 27 & 28, it is hereby ORDERED that:

1. By **September 20, 2018**, Respondent shall file his motion to dismiss;
2. By **October 4, 2018**, Petitioner shall file its opposition; and
3. By **October 11, 2018**, Respondent shall file his reply.

SO ORDERED.

Dated: August 23, 2018
       New York, New York

                                                    ANALISA TORRES
                                                  United States District Judge